# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Derrick B. Allen, | Case No. 2:24-cv-00475-CDS-NJK |
| Petitioner | **Order Dismissing Petition and Closing Case** |
| v. | |
| Ronald Oliver, | [ECF No. 1] |
| Respondent | |

On March 15, 2024, I entered a screening order explaining why the habeas petition filed by Derrick B. Allen in this case is defective. ECF No. 3. I gave Allen 30 days within which to file an amended petition that corrects the deficiencies identified in the order. *Id.* Allen has not complied with that order, so I dismiss this case. Reasonable jurists would not find this decision to be debatable or wrong, so I will not issue a certificate of appealability.

IT IS THEREFORE ORDERED that this action is dismissed due to the Allen's failure to file a cognizable habeas petition. The Clerk of the Court is directed to enter judgment accordingly and close this case.

IT IS FURTHER ORDERED that no certificate of appealability will issue.

Dated: June 3, 2024

_____
Cristina D. Silva
United States District Judge